from a dashboard camera in Officer Earnest's vehicle). Although Baldwin asks us to resolve this inherently fact-specific question in the first instance, we believe it is more appropriate to remand the probable cause issue to the circuit court.

## Conclusion

We reverse the circuit court's suppression order, and remand the case to the circuit court for further proceedings consistent with this opinion.

All concur.

**Mark KNIGHT, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**WD 78217**

Missouri Court of Appeals,
Western District.

ORDER FILED: March 29, 2016

S. Kate Webber, Kansas City, MO, for appellant.

Shaun Mackelprang, Jefferson City, MO, for respondent.

Before Division Two: Cynthia L. Martin, Presiding Judge, Mark D. Pfeiffer, Judge and Karen King Mitchell, Judge

## ORDER

Per curiam:

Mark Knight appeals from the motion court's denial of his Rule 24.035 motion. We affirm. Rule 84.16(b).

**STATE of Missouri, Respondent,**

**v.**

**Beth Ann LOWERY, Appellant.**

**WD 78022**

Missouri Court of Appeals,
Western District.

Filed: March 29, 2016

Danielle R. Rogers, Richmond, MO, for respondent.

Donald W. Petty, Liberty, MO, for appellant.

Before Division One: Lisa White Hardwick, Presiding Judge, Victor C. Howard and Gary D. Witt, Judges

#### ORDER

Per Curiam

Beth Lowery appeals from her convictions for three misdemeanor counts of animal abuse. Upon review of the briefs and the record, we find no error and affirm the judgment of conviction. No jurisprudential purpose would be served by a published opinion, however, we have provided the